## Notice to District Court of Related Criminal Duty Filing

Number of current Criminal Duty Filing: CR Misc. No. __CM 18-0351__

Title(s) of document(s) making up current criminal duty filing: Stipulation To Extend The Civil Forfeiture Complaint Filing Deadline and [Proposed] Order Extending United States' Time To File Complaint For Forfeiture

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ■ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):
_____

c) ☐ relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):
_____
_____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:
_____
_____

Respectfully submitted,

DATED: March 6, 2018                    /s/ Frank D. Kortum
                                         FRANK D. KORTUM,
                                         Assistant United States Attorney

---

This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.