COPY

## Notice to District Court of Related Criminal Duty Filing

Number of current Criminal Duty Filing: CR Misc. No. _CM 18-0351_

Title(s) of document(s) making up current criminal duty filing: _Stipulation To Extend The Civil Forfeiture Complaint Filing Deadline and [Proposed] Order Extending United States' Time To File Complaint For Forfeiture_

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ■ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

_____

c) ☐relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):

_____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above.  Explain:

_____

_____

Respectfully submitted,

DATED: _March 6, 2018_

_/s/ Frank D. Kortum_
FRANK D. KORTUM,
Assistant United States Attorney

**This notice must be submitted with every criminal duty filing.  Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**