SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Elizabeth J. Lee (SBN 316119)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile:  (310) 826-4711
jim@spertuslaw.com
elizabeth@spertuslaw.com

*Attorneys for Claimants William and Ila Nelson*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $278,028.88 IN U.S. CURRENCY; $100,828.75 IN ACCOUNT FUNDS FROM BANK OF AMERICA ACCOUNT NO. '3623 AND $370,894.69 IN ACCOUNT FUNDS FROM BANK OF AMERICA ACCOUNT NO. '2093. | CR MISC. NO. 18-00351-SJO **SUPPLEMENTAL NOTICE OF LODGING** *[Assigned to Hon. S. James Otero]* |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

To perfect the record, Claimant William Nelson hereby lodges as Exhibits A through C the government's March 30 and 31, 2018 submissions to the Court because those submissions have not been filed and have not yet been made a part of the Court's record.   Claimant William Nelson's Notice of Lodging (Docket No. 14) attached a letter from the Department of Education ("DOE") responsive to the Declaration of Frank D. Kortum that the government had submitted to the Court on March 30, 2018 with the representation that the declaration would be subsequently filed on April 2, 2018.  Then, on Saturday, March 31, 2018, after

1

Mr. Nelson had lodged the DOE letter (Docket No. 14), the government then informed the Court that it would not file the Declaration of Frank D. Kortum on Monday, April 2, 2018.

None of the government's submissions are part of the record and, to cure that deficiency, Claimant William Nelson hereby lodges the government's submissions to the Court as follows:

1.      **Exhibit A**:  The March 30, 2018 email to the Court from Assistant United States Attorney Frank D. Kortum explaining to the Court that, due to a "computer malfunction," the Declaration of Frank D. Kortum attached to the cover email would "be filed Monday morning."

2.      **Exhibit B**:  The Declaration of Frank D. Kortum that was attached to government's March 30, 2018 email submission to the Court.

3.      **Exhibit C:**  The March 31, 2018 email from the government to the Court retracting the prior representation that the declaration would be filed on April 2, 2018, and informing the Court that "[t]he declaration distributed by AUSA Kortum will NOT be filed on Monday morning or any other time."

Respectfully submitted,

March 31, 2018                              By: _____

James W. Spertus
Elizabeth J. Lee
Attorneys for Claimants

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

2

*SUPPLEMENTAL NOTICE OF LODGING*