| | |
|---|---|
| From: | Kortum, Frank (USACAC) |
| To: | victor_cruz@cacd.uscourts.gov |
| Cc: | Jim Spertus; ekrieger@sktlawyers.com |
| Subject: | In re $278,028, No CR Misc. 18-00351-SJO |
| Date: | Friday, March 30, 2018 5:04:32 PM |
| Attachments: | FDK DECLARATION RE DOE LETTER_2.pdf<br>ATT00001.htm |

Mr. Cruz,

The government had planned to file the attached declaration today in response to claimants' Notice of Lodging" but was unable to do so due to a computer malfunction.  Mr. Remigio advised me that it would be OK to send you an advance copy of the declaration, which will be filed Monday morning.  If you have any questions about this message please give me a call.

AUSA Frank Kortum (213.894.5710)