```
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM (Cal. Bar No. 110984)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5710
     Facsimile: (213) 894-7177
     E-mail: Frank.Kortum@usdoj.gov

Attorneys for
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $278,028.88 IN U.S. CURRENCY; $100,828.75 IN ACCOUNT FUNDS FROM BANK OF AMERICA ACCOUNT NO.'3623; AND $370,894.69 IN ACCOUNT FUNDS FROM BANK OF AMERICA ACCOUNT NO. '2093. | CR MISC. NO. 18-00351-SJO<br><br>**DECLARATION OF FRANK D. KORTUM REGARDING JANUARY 18, 2018 LETTER (Dkt. 11)** |

Plaintiff United States of America (the "government") hereby submits the attached Declaration of Frank D. Kortum.

Dated: March 30, 2018

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Frank D. Kortum
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for
UNITED STATES OF AMERICA

## DECLARATION OF FRANK D. KORTUM

I, Frank D. Kortum, declare and state as follows:

1. I am an Assistant United States Attorney assigned to the civil forfeiture case entitled In the Matter of the Seizure of $278,028.88 in U.S. Currency; $100,828.75 in Account Funds From Bank Of America Account No.'3623; and $370,894.69 in Account Funds From Bank of America Account No. '2093, CR. MISC. 18-00351-SJO. I have personal knowledge of the facts set forth in this Declaration and if necessary could competently testify thereto under oath.

2. During the hearing on March 30, 2018, I asserted that a contractor retained by Pacific College had prepared the letter dated January 18, 2018, that claimants lodged on March 30, 2018. Dkt. 11. Having reviewed the January 18 letter, I realized that the Department of Education prepared the letter, and that my assertion to the contrary was in error. At the time of the hearing I had been thinking of more comprehensive audits that were prepared by contractors employed by Pacific College and that were based on reviews of student files, as compared to the more limited findings of the January 18 letter (which was not based on reviews of student files). The Department of Education has no record of having prepared audits that are in any way similar in scope to the more comprehensive audits prepared by contractors retained by Pacific College as described above. The findings appearing at page 3 and 4 of the January 18 letter are limited in scope to relatively minor

///

contractual compliance issues involving the Alliance For Student Aid Processing, a contractor for Pacific College. I sincerely regret the error in my assertion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 30 day of March, 2018 in Santa Ana, California.

                        /s/ Kortum  
                        FRANK D. KORTUM