| | |
|---|---|
| **From:** | Welk, Steven (USACAC) |
| **To:** | SJO_Chambers@cacd.uscourts.gov; Jim Spertus; victor_cruz@uscourts.gov; ekrieger@sktlawyers.com; Elizabeth Lee |
| **Subject:** | Pacific College Matter - CR Misc. No. 18-351-SJO |
| **Date:** | Saturday, March 31, 2018 1:04:27 PM |

Dear Mr. Cruz, the Chambers of Judge Otero, and counsel,

I am AUSA Steven R. Welk, the Chief of the Asset Forfeiture Section of the Criminal Division of the U.S. Attorney's Office in this district, and the Supervisor of AUSA Frank Kortum, who appeared before the Court in the above-referenced matter on Friday, March 30, 2018. At approximately 5:04 on Friday, AUSA Kortum distributed a document in the format of a pleading entitled "Declaration of Frank D. Kortum Regarding January 18, 2018 Letter." He indicated in the email that the government intended to file the document in the above-entitled matter on Monday, April 2, 2018.

This email is to advise that I have assumed full responsibility for the representation of the government in this matter. The declaration distributed by AUSA Kortum will NOT be filed on Monday morning or any other time. That declaration - particularly the argument contained therein - does not express the position of the United States in this matter. I ask that the Court and counsel disregard the document in its entirety to the extent it is perceived as a statement of the government's position in this matter. My intent is to file something myself on Monday in an attempt to clarify the issues concerning the January 18 letter issued by the United States Department of Education that was the subject of discussion during Friday's hearing.

I apologize on behalf of the government and the U.S. Attorney's Office for the confusion caused by the distribution of the document on Friday evening. Any questions concerning this matter should be directed to me at Steven.Welk@usdoj.gov, (213) 894-6166.

AUSA Steven R. Welk
Chief, Asset Forfeiture Section
USAO - CD California