Eliot F. Krieger Bar No. 159647
Quan A. Vuong,    Bar No. 276873
SCHUCHERT, KRIEGER, TRUONG,
SPAGNOLA & KLAUSNER LLP
444 W, Ocean Blvd, Suite, 1700
Long Beach, California  90802
Telephone:  (562) 597-7070
Fax:            (562) 597-7772
ekrieger@sktlawyers.com
qvyong@sktlawyers.com

Attorneys for Claimants DONNA WOO,
JENNIFER WOO AND WILLIAM WOO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEUZURE OF $278,028.88 IN U.S. CURRENCY; $100,828.75 IN ACCOUNT FUNDS FROM BANK OF AMERICA ACCOUNT NO. '3623; AND $370,894.69 IN ACCOUNT FUND FROM BANK OF AMERICA ACCOUNT NO. '2093. | CR MISC. NO. 18-00351-SJO<br>**NOTICE OF LODGING**<br>*[Assigned to Hon. S. James Otero]* |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Claimant Donna Nelson, as stated in her declaration filed pursuant to this Court's order on March 30, 2018, obtained a valuation of the property at 3160 Red Hill Avenue, Costa Mesa, California 92626 as soon as she was able to do so. She just obtained this valuation and attaches hereto the valuation of the school building for Pacific College located at 3160 Red Hill Avenue, Costa Mesa,

California 92626 , and the resume of the individual who performed the valuation. It places a low value of $3,210,000 and a high value of $4,815,000 on the property.

By:_____
Schuchert, Krieger, Truong,
Spagnola & Klausner LLP

Eliot F. Krieger, Esq.
Attorneys for Claimant Donna Woo

# *Mores Appraisal Group*                      Real Estate Appraisers

P. O. Box 41279, Long Beach, CA 90853                    Tel. (562)208-4946 Fax (562) 684-0606
                                                        Moresappraisalgroup@verizon.net
                                                        www.moresappraisalgroup.com

April 4, 2018

Mr. Eliot F. Krieger
Schuchert, Krieger, Truong, Spagnola & Klausner, LLP
444 West Ocean Boulevard, Suite 1700
Long Beach, California 90802

**Re:**        **An Appraisal of an Office Building located at:**
               **3160 Red Hill Avenue, Costa Mesa, California 92626-3402**

At your request, we have briefly reviewed the subject property information in order to compile an opinion letter regarding the subject property which is believed to include approximately 16,050 square feet of gross building area, as summarized below.

**Assessor's Parcel No.**

| APN | Use | Building Area | Land Area |
|---|---|---|---|
| 427-091-15 | Office | 16,050 SF | 16,553 SF |

**Market Data Summary**

A detailed search was made of sales with comparability to the subject property. Those considered most comparable were verified as to price, terms, and specifics concerning the property. Furthermore, verification data is corroborated by copies of transfer instruments from the office of the County Recorder. Assumptions relating to the stabilization of economic data are primarily based on the expectations of buyers as derived through the confirmation process. The data is analyzed using a unit of comparison in this appraisal, the price per square foot. The price per square foot is calculated by dividing the sales price by the gross building area of the improvements. The sales data is detailed on the following pages.

Sales Data                                              3160 Red Hill Avenue, Costa Mesa, CA 92626

**Comparable Sales Data**

| Element | Subject | Sale No. 1 | Sale No. 2 | Sale No. 3 | Sale No. 4 | Sale No. 5 |
|---|---|---|---|---|---|---|
| Address | 3160 Red Hill Avenue | 17782 Cowan | 2152 Dupont Drive | 1072 Bristol Street | 2900 Bristol Street #G | 18012 Cowan |
| City | Costa Mesa | Irvine | Irvine | Costa Mesa | Costa Mesa | Irvine |
| Zip Code | 92626 | 92614 | 92612 | 90626 | 92626 | 92614 |
| APN | 427-091-16 | 427-261-11 | 445-111-10 | 439-321-01, 02 | 418-185-03 | 427-283-02 |
| Sale Price | n/a | $3,450,000 | $5,700,000 | $3,100,000 | $3,750,000 | $7,900,000 |
| Doc. No. | n/a | 77651 | 42455 | 452356 | 106007 | n/a |
| Sale Date | n/a | 03/05/2018 | 02/06/2018 | 10/25/2017 | 03/15/2017 | Listing |
| Sales Price / SF | n/a | $219.89 | $308.11 | $272.00 | $196.91 | Ask $298.33 |
| GBA (SF) | 16,050 | 15,690 | 18,500 | 11,397 | 19,045 | 26,481 |
| Site (SF) | 16,553 | 30,492 | 47,916 | 25,265 | 11,761 | 43,560 |
| FAR | 0.97 | 0.51 | 0.39 | 0.45 | 1.62 | 0.61 |
| Year Built | 1974 | 1980 | 1971 | 1980 | 1982 | 1985/2003 |

The table below displays the average sales price of office properties within the region since first quarter 2016. A stabilized trend in values is shown in the most recent quarters.



Sales Data            3160 Red Hill Avenue, Costa Mesa, CA 92626

The closed sales indicated the following unadjusted sales prices. From this range in unadjusted values, we have concluded a value indicator range to apply to the subject property.

| Indicator | Price per SF |
|---|---|
| Unadjusted Minimum | $197 |
| Unadjusted Maximum | $308 |
| Unadjusted Average | $259 |
| Unadjusted Median | $272 |
| Concluded for Subject: | $200 to $300 |
| Subject Bldg. SF: | 16,050 SF |
| Indicated Value Range | |
| Low End:    $200/SF | $3,210,000 |
| High End:   $300/SF | $4,815,000 |

It is important to note that we have not performed a detailed analysis, and have not completed an appraisal report of the subject property. This letter of opinion simply states that similar buildings should have somewhat similar market value as an appraised property, based on value indicators applied to a office buildings in the same general location. The indicator applied to the subject property is subject to change after results of a proper appraisal are performed. We reserve our right to alter the comparison statement based upon further discovery of the subject property characteristics.

Respectfully Submitted,
**MORES APPRAISAL GROUP**

_____          <u>April 4, 2018</u>
Thomas Mores                         Date
State Certified General Appraiser
CA AG008686

**Thomas Mores**
Mores Appraisal Group
P. O. Box 41279, Long Beach, CA 90853
(562) 208-4946 (tel), (562) 684-0606 (fax)
moresappraisalgroup@verizon.net
www.moresappraisalgroup.com

**License / Certifications / Professional Affiliations:**

California Certified General Real Estate Appraiser, No. AG008686, expires May 24, 2019
Appraisal Institute, Associate Member #346178, Practicing Affiliate
Foundation of Real Estate Appraisers, Member #0020122
Approved FHA Appraiser
California Real Estate License #894036
Expert Witness, Los Angeles County Tax Appeal Court
Expert Witness, United States Bankruptcy Court, Los Angeles & Orange Counties

**Professional Background:**

Thomas Mores is principal of Mores Appraisal Group, a full-service real estate appraisal and consulting company that was founded in 1986. Technical experience includes a wide variety of property types, which includes general retail and shopping centers, medical professional and general office, industrial related, special use, mixed-use, multi-family residential, vacant commercial and residential land, and single family residential properties. Geographic coverage areas include primarily Los Angeles, Orange, Riverside and San Bernardino counties. Additional associates in the Bay Area include offices in Fremont and Merced.

**Education:**

Appraisal Institute Courses:
Standards of Professional Practice, Parts A & B
Real Estate Appraisal Principles
Basic Valuation Procedures
Income Capitalization Theory & Techniques
Residential Valuation
Preparation & Development URAR Form
Apartment Appraisal
Appraisal Review
Business Practices and Ethics

Other:
| | |
|---|---|
| Federal & State Laws, Regulations | 2001, 2005, 2009. 2011, 2013, 2015, 2017 |
| Appraisal Standards & Ethics (USPAP) | 2001, 2005, 2009, 2011, 2013, 2015, 2017 |
| National USPAP Update Course | 2005, 2007, 2009, 2011, 2013, 2015, 2017 |
| Various Numerous Workshops and Seminars | |

**Experience**:

Mores Appraisal Group - Appraisal                                          1986 - Present
Owner / Senior Appraiser / Principal

J. S. Miao & Associates                                                                1995 - Present
Affiliate